**United States District Court**
For the Northern District of California

1
2
3
4
5
6   UNITED STATES DISTRICT COURT
7   NORTHERN DISTRICT OF CALIFORNIA
8
9   Joanne Warwick,                                    No. C 07-2854 BZ
10              Plaintiff(s),                          **CONSENT TO PROCEED BEFORE A**
                                                       **UNITED STATES MAGISTRATE JUDGE**
11         v.
12  CA Parole Advocacy Board, et al.,
13              Defendant(s).
                _____/
14
15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: _____           _____
                                             Signature
22
                                             Counsel for _____
23                                           (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

n:\forms\consent-decline.frm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joanne Warwick, | No. C 07-2854 BZ |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| CA Parole Advocacy Board, et al., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

n:\forms\consent-decline.frm

*United States District Court*
*For the Northern District of California*