UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANNE WARWICK, | ) | |
| Plaintiff(s), | ) | No. C07-2854 BZ |
| v. | ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| CALIFORNIA PAROLE ADVOCACY PROGRAM (CalPAP), et al., | ) | |
| Defendant(s). | ) | |

Having received plaintiff's request to continue the Case Management Conference, and good cause appearing, **IT IS ORDERED** that the September 17, 2007 Case Management Conference is **CONTINUED** to **Monday October 1, 2007 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Case management Conference Statements are due seven (7) days prior to the hearing.

Dated: September 17, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Warwick v. CalPAP, et al\Order Cont CMC.wpd

1