UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK, | Case Number: CV07-02854 BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CA PAROLE ADVOCACY BOARD et al, | |
| Defendant.     / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joanne Warwick

3109 Grand Ave., #411

Miami, Florida 33133

*Lashanda Scott*

Richard W. Wieking, Clerk By:
Lashanda Scott, Deputy Clerk

Dated: September 17, 2007