UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOANNE WARWICK,         )
                        )
        Plaintiff(s),   )   No. C07-2854 BZ
                        )
     v.                 )   **ORDER REGARDING E-FILING**
                        )
CALIFORNIA PAROLE ADVOCACY )
PROGRAM (CalPAP), et al., )
                        )
        Defendant(s).   )

Pursuant to Civil Local Rule 5-4 and General Order No. 45, **IT IS ORDERED** that if plaintiff Joanne Warwick is willing and able to participate in the Court's Electronic Case Filing (ECF) Program, she will register as an e-filer by **Wednesday October 1, 2007** and thereafter comply with all rules regarding e-filing.  If plaintiff determines that she is neither willing nor able to participate in the ECF Program, she will so inform the Court in writing by **October 1, 2007**.  To determine whether she is willing and able to participate in the Court's ECF Program, plaintiff is directed to consult the ECF website at http://ecf.cand.uscourts.gov for instructions regarding ECF

1

1 | registration forms, interactive tutorials, and complete
2 | instructions for e-filing.
3 | Dated: September 17, 2007

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Warwick v. CalPAP, et al\Efiling Order.wpd

2