Joanne Warwick
3109 Grand Ave. #411
Miami, Florida  33133
Tel. 415-724-3124

In Pro Per

**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE WARWICK, ) | **Civil Action No. C07-2854 BZ** |
| ) | |
| Plaintiff,  v. ) | |
| ) | **PLAINTIFF'S Request to Withdraw Complaint.** |
| CALIFORNIA PAROLE ADVOCACY ) | |
| PROGRAM (CalPAP), RICK HEYER, ) | |
| MARY SWANSON, PAUL LACY, ) | |
| J.D. STOKES, PATRICIA ) | |
| MILLER, CLAUDIA BELSHAW, ) | |
| DAVID ROMERO, MIKE MILLER, RICK ) | |
| WININISTORFER,  DOES ) | |
| 1 through 25, inclusive ) | |
| Defendants. ) | |
| _____ ) | |

**Plaintiff's Request to Withdraw Complaint**

Prior to making this request, Plaintiff would like to state for the record that this case is about the independence of parolee defense counsel.  If a parolee defense attorney can be terminated on a pretext with no due process then the due process rights of the parolees are also violated.  This is a matter of public concern given the current prison over-crowding crisis in California, which is in large part due to the very high 70% revocation rate of parolees.  The parolees and the public would be best served by truly independent defense counsel who are free to advocate for the due process rights of parolees and for alternative programming and/or sanctions in lieu of costly incarceration in appropriate cases, of which there are many.  We cannot incarcerate ourselves out of society's problems.  California's high parolee recidivism rate

1

1  and prison over-crowding crisis are proof of that.

2  Plaintiff wishes to inform the Court that today, October 1, 2007, she did comply with the

3  Court's Order Regarding E-Filing dated September 17, 2007 by registering as an e-filer.

4  This is not a frivolous suit by any means, however due to a number of reasons, including

5  my current state of health, Plaintiff respectfully requests to withdraw the complaint in this case.

6

7  Respectfully submitted,

8  Dated:  October 1, 2007

                                                      _____

9                                                   Joanne Warwick



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Bernard Zimmerman

2